IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRADLEY ALBERT, PATRICK KNIERY, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>HGS COLIBRIUM, INC.,<br><br>        Defendant. | 1:16-cv-03072-WSD |

## SCHEDULING ORDER

This matter is before the Court on the parties' Joint Preliminary Report and Discovery Plan (the "Plan") [22].  Having considered the Plan,

**IT IS HEREBY ORDERED** that the parties' Joint Preliminary Report and Discovery Plan [22] is **APPROVED**.  The time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court.

**IT IS FURTHER ORDERED** that Plaintiffs shall file, on or before January 31, 2017, its motion seeking conditional certification of this case as a collective action under 29 U.S.C. § 216(b).  Defendant shall file, on or before March 2, 2017, its response to the motion.  Plaintiffs may file, on or before March 13, 2017, their reply.

**IT IS FURTHER ORDERED** that Defendant shall file, on or before January 9, 2017, its answer or responsive pleading to Plaintiffs' First Amended Complaint [21].

**SO ORDERED** this 21st day of December, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE